IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                           Case No. 13-20083-01-KHV

SUDHIR DODDA
    Defendant.

## ORDER

Before the Court is defendant Sudhir Dodda's motion requesting that this Court grant him temporary access to his passport so that he can obtain an identification card **(ECF Doc. 34)**. The government does not oppose this request. Accordingly, the Court grants the motion and permits Mr. Dodda to have temporary access using the following procedures:

1. The Clerk of the District Court is to release the passport to Fred Forman, Mr. Dodda's probation officer in the Eastern District of Texas or his designee in the probation office.

2. The probation officer shall permit Mr. Dodda to pick up the passport so that he can obtain his identification card. The passport is to be picked up and returned in the same day.

3. Prior to releasing the passport to Mr. Dodda, the probation officer shall notify defense counsel of the date on which Mr. Dodda will have his passport. Defense counsel is to notify the government of the date.

4. Upon Mr. Dodda's return of the passport, the probation officer shall return the passport to the Clerk of the District Court in Kansas.

**IT IS SO ORDERED**.

Dated December 4, 2013.

                                                              s/ James P. O'Hara
                                                             Honorable James P. O'Hara
                                                             District Court Judge